UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| IN RE: | HON. JAMES D. GREGG |
| DIETER NUEBEL and PATTY NUEBEL, | Case No. GK08-02462 |
| Debtors. | Chapter 7 |
| _____ | |
| SCOTT A. CHERNICH, Chapter 7 Trustee | Adv. Proc. No. 08-80487-jdg |
| Plaintiff, | |
| v | |
| ASHLEY MILLER, | |
| Defendant. | |
| _____ | |

Scott A. Chernich (P48893)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Plaintiff
313 S. Washington Square
Lansing, MI 48933
(517) 371-8133

Karl A. H. Bohnhoff (P10957)
Michael S. Mahoney (P71428)
BOHNHOFF & MAHONEY, PLC
Attorneys for Defendant
912 Centennial Way, Suite 320
Lansing, MI 48917
(517) 323-4410

_____

**CERTIFICATE OF NO OBJECTION**

The undersigned certifies to the Court under the penalties of perjury that a Notice of Motion to Approve Settlement Agreement and Mutual Release and Motion to Approve Settlement Agreement and Mutual Release were served on August 6, 2009, that the Notice required copies of any written objections to be served on the undersigned within 20

1

days, that 25 days have elapsed and no written objections were filed with the Court. The undersigned, therefore, requests that the Court sign the proposed Order Approving Settlement Agreement and Mutual Release.

    Respectfully submitted,

    FOSTER, SWIFT, COLLINS & SMITH, P.C.
    Attorneys for Chapter 7 Trustee

Dated: September 3, 2009    By: /s/Scott A. Chernich
    Scott A. Chernich (P48893)

    313 S. Washington Square
    Lansing, MI 48933
    (517) 371-8133

734856_1.DOC